UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62090-CIV-WILLIAMS/HUNT

LAZARO HERNANDEZ

                Plaintiff(s),

vs.

ZRS MANAGEMENT, LLC.
a Florida limited liability company,

                Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case, The Honorable Patrick M. Hunt, conduct any and all further proceedings in the case (including the trial) and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

| | |
|---|---|
| _/s/ Julisse Jimenez_ | _/s/ Angelique Groza Lyons_ |
| Julisse Jimenez, Esq. | Angelique Groza Lyons, Esq., |
| Fla. Bar No. 65387 | Fla. Bar No. 118801 |
| THE SAENZ LAW FIRM, P.A. | alyons@constangy.com |
| 20900 NE 30th Ave., Ste. 800 | Eric L. Craft, Esq. |
| Aventura, FL 65387 | Fla. Bar No. 1035294 |
| julisse@legalopinionusa.com | ecraft@constangy.com |
| Attorney for Plaintiff | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| | 100 North Tampa Street, Suite 3350 |
| | Tampa, Florida 33602 |
| | (813) 223-7166 / Fax: (813) 223-2515 |
| | tampa@constangy.com |
| | Attorneys for Defendant |

NOTE: Return this form to the Clerk of the Court only if it has been executed by all parties to the case.